1134

No. 94–8944. WARD v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–8949. MASON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–8950. JARAMILLO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–8952. WARD v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 94–8955. LEMON v. MARTIN ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–8961. RIGSBY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–8965. RAMOS ET AL. v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 94–8969. HERRING v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 94–8974. GARRETT v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 94–8976. THOMAS, AKA ALONZO v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 94–8977. WEINSTEIN v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 94–8979. BORCH v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–8980. ACOSTA-LOPEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–8984. MATURANA v. ARIZONA. Sup. Ct. Ariz. Certiorari denied.

No. 94–8985. RIVERA v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.